IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-CV-02068-WDM-MJW

UNION PACIFIC RAILROAD COMPANY,

Plaintiff(s),

v.

JOSEPH D. FABJANCIC and UNION CENTRAL
LIFE INSURANCE COMPANY,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that the joint Motion to Vacate Elements of the Court's Scheduling Order (docket no.22) is **GRANTED**. The Final Pretrial Conference set before Magistrate Judge Watanabe on August 22, 2005, at 9:00 a.m. is **VACATED**. The partes are **not** required to file a proposed Final Pretrial Order with the court on August 17, 2005.

The only issue before this court is a legal issue concerning contract interpretation. More specifically, the question is whether Defendant is obligated to pay its share of the attorney fees incurred in recovery. On such issue, the parties have filed cross motions for summary judgment. See docket nos. 15 and 16. Since this case will be determined by Judge Miller's rulings on cross motions for summary judgment, there is no need for a proposed final pretrial order or final pretrial conference.

Date: August 11, 2005