IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 04-cv-02068-WDM-MJW

JOSEPH D. FABJANCIC,

    Plaintiff,

v.

UNION CENTRAL LIFE INSURANCE CO.,

    Defendant.
_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Plaintiff's motion to amend and publish order is denied.

Dated:  April 13, 2007

                                          s/ Jane Trexler, Judicial Assistant